UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AVALON CARRIAGE SERVICE, INC.

    Plaintiff,

vs.                                              Case No.  3:04-cv-1126-J-32MCR

STUART GAMSEY, et. al.,

    Defendant.
_____/

## **O R D E R**

It has come to the Court's attention that the transcripts of the settlement conference held on April 27, 2007 and the status conference held on June 28, 2007 have been inadvertently placed on the docket in this case. The Court believes both these transcripts should be placed under seal as they contain confidential information. The Court finds there is a compelling interest in protecting the confidential information and the sealing of these transcripts is narrowly tailored to that interest. See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985). Accordingly, the Clerk is directed to place the two transcripts under seal.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  6th  day of July, 2007.

                                                            *Monte C. Richardson*
                                                          MONTE C. RICHARDSON
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record